

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Candace Leigh Elmore, Appellant

No. 06-23-00252-CR          v.

The State of Texas, Appellee

Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 19114). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the "Terms of Plea Bargain" section of the judgment by deleting the entire contents of that section and replacing it with the phrase "Not Applicable." As modified, we affirm the judgment of the trial court.

We note that the appellant, Candace Leigh Elmore, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 26, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk